IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MARK VEREEN,

    Plaintiff,

vs.

JOHN TERWILLIGER; BRADE HOOKS;
ROBERT HUMES, Nurse POWELL,

    Defendants.

CIVIL ACTION NO. CV605-021

## ORDER

Plaintiff, an inmate incarcerated at Rutledge State Prison in Columbus, Georgia, filed the captioned action *in forma pauperis*, seeking damages as a result of alleged violations of constitutionally protected civil rights. In this Court's Order dated March 7, 2005, Plaintiff was advised that he "... is charged with the responsibility of immediately informing this Court and defense counsel of any change of address during the pendency of this action. Failure to do so may result in dismissal of this case." Defendants have moved for a dismissal of Plaintiff's claim for failure of the plaintiff to provide them a current address.

The court is reluctant to rule on said motion without receiving a response from the plaintiff or insuring that plaintiff is advised of the potential ramifications caused by his failure to respond. Once such a motion is filed, the opponent should be afforded a reasonable opportunity to respond to or oppose such a motion. Although it is past the time generally afforded a party to make such a response, this court must consider that the plaintiff in this case is a *pro se* litigant. Haines v. Kerner, 404 U. S. 519, 92 S. Ct. 594, 30 L. Ed.2d 652 (1972).

Accordingly, Plaintiff is hereby **ORDERED** to file any objections to the Defendants' motion for a dismissal, or to otherwise inform the court of his decision not to object to Defendants' motion within fifteen (15) days of the date of this order. Griffith v. Wainright, 772

AO 72A
(Rev. 8/82)

F.2d 822 (11th Cir. 1985) Should Plaintiff not timely respond to Defendants' motion, the court will deem that there is no opposition to the motion. See Local Rule 7.5. In order to assure that Plaintiff's response is made with fair notice of the requirements of the Federal Rules of Civil Procedure regarding motions to dismiss, generally, and motions to dismiss for failure to state a claim upon which relief can be granted, the Clerk of Court is hereby instructed to attach a copy of Rule 41, FED. R. CIV. P., as well as Rule 12, FED. R. CIV. P., to the copy of this order that is served on the Plaintiff.

**SO ORDERED**, this 23rd day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)